# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JUAN MANUEL ROJAS, | ) CV 06-05469 DDP (JWJ) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| RICHARD KIRKLAND, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the separate Order of the Court partially adopting and partially rejecting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that petitioner's claim for habeas relief based on the Confrontation Clause is granted, and petitioner shall be released from custody unless new trial proceedings are commenced within 90 days of the entry of Judgment.

DATED: January 25, 2011

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE